**Order entered September 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01027-CV

**MARK MILLS, Appellant**

**V.**

**DAVID CARLOCK, ATTORNEY AT LAW; BLAISE GORMLEY, ATTORNEY AT LAW; JACKIE MILANDER, ATTORNEY AT LAW; AND D/B/A CARLOCK-GORMLEY-HIGHT, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02498-D**

## ORDER

We **GRANT** Official Court Reporter Coral L. Wahlen's September 16, 2016 request for an extension of time to file the reporter's record. The reporter's record shall be due on **October 10, 2016**.

/s/      CRAIG STODDART
JUSTICE